IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as successor in interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY f/k/a NORTHBROOK INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>TRANSATLANTIC REINSURANCE COMPANY,<br><br>      Defendant. | FILED: JULY 23, 2008<br>08CV4173<br>JUDGE DOW<br>MAGISTRATE JUDGE VALDEZ<br>TG<br><br>Case no. _____ |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for defendant TRANSATLANTIC REINSURANCE COMPANY, furnishes the following in compliance with Local Rule 3.2B of this Court:

(1) The full name of every party that the attorney represents in the case:

TRANSATLANTIC REINSURANCE COMPANY

(2) If such party or amicus is a corporation:

    (a) its parent corporation, if any:

    Transatlantic Holdings, Inc. and

    (b) a list of any entities owning more than 5% of its stock:

    Transatlantic Holdings, Inc.

(3) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
    Litchfield Cavo LLP
    Chadbourne & Parke LLP

Attorney's Signature: _Hope Nightingale_   Date: 7/23/08
Attorney's Printed Name:     Hope G. Nightingale
Address:     303 West Madison, Suite 200, Chicago, Illinois  60606
Phone Number:   312-781-6614
Fax Number:        312-781-6630
E-Mail Address:   nightingale@litchfieldcavo.com