UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as successor in interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY f/k/a NORTHBROOK INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSATLANTIC REINSURANCE COMPANY,<br><br>Defendant. | Case No.: 08 CV 4173<br><br>Judge: Robert Dow |

### NOTICE OF AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

To:   Neal Novak, Novak Law Offices, 33 N. LaSalle Street, Suite 1900, Chicago, IL 60602

PLEASE TAKE NOTICE, that on the 30th day of July, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert Dow or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1919 of the U. S. District Courthouse, 219 South Dearborn Street, Chicago, IL and shall then and there present the AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served upon you.

TRANSATLANTIC REINSURANCE COMPANY

By:   /s/ Hope G. Nightingale

Hope G. Nightingale (06184864)
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, IL  60606
312-781-6614
312-781-6630 (fax)
Email: nightingale@litchfieldcavo.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2008, I electronically filed the foregoing Notice of Motion of the Agreed Motion for an Extension of Time to Answer or Otherwise Plead Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that I have served the following by email transmission and by mailing a copy of the document by United States Postal Service the document to the following non-CM/ECF participant:

Neal Novak
Novak Law Offices
33 N. LaSalle Street, Suite 1900
Chicago, IL 60602
novak@novakjuris.com

By: /s/ Hope G. Nightingale
Hope G. Nightingale (06184864)
Attorney for Evanston Insurance Company
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6614
Fax:   (312) 781-6630
email: nightingale@litchfieldcavo.com