IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>as successor in interest to NORTHBROOK<br>EXCESS AND SURPLUS INSURANCE<br>COMPANY formerly known as NORTHBROOK<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSATLANTIC REINSURANCE<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No : 08 C 04173<br>)<br>)<br>) Judge Robert Dow<br>)<br>) Magistrate Judge Valdez<br>)<br>) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff ALLSTATE INSURANCE COMPANY as successor in interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMANY f/k/a NORTHBROOK INSURANCE COMPANY, furnishes the following in compliance with Local Rule 3 2B of this Court:

(1)  The full name of every party that the attorney represents in the case:

    ALLSTATE INSURANCE COMPANY, as successor in interest to
    NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY
    formerly known as NORTHBROOK INSURANCE COMPANY

(2)  If such party or amicus is a corporation:

    (a)  its parent Corporation, if any:

      Allstate Insurance Company (a non-governmental corporate party) is wholly
      owned by The Allstate Corporation.

    (b)  a list of any entities owning more than 5% of its stock:

      See (2)(a).

(3)  The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

    Novak Law Offices

ALLSTATE INSURANCE COMPANY,
as successor in interest to NORTHBROOK
EXCESS AND SURPLUS INSURANCE
COMPANY formerly known as NORTHBROOK
INSURANCE COMPANY

By:

        /s/ Neal R. Novak
        One of its Attorneys

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Renata Biernat (#06285752)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed Allstate's Certificate of Interest with the Clerk of the Court using the ECF system, which will send notification of such filings to the following:

>Hope G. Nightingale
>Litchfield Cavo
>303 West Madison, Suite 200
>Chicago, IL 60606

By: _____/s/ Neal R. Novak_____

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Renata Biernat (#06285752)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile