**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 04173

Allstate Insurance Company as successor in interest to
Northbrook Excess and Surplus Insurance Company f/k/a
Northbrook Insurance Company v. Transatlantic Reinsurance
Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Allstate Insurance Company as successor in interest to Northbrook Excess and Surplus Insurance Company f/k/a Northbrook Insurance Company

| | |
|---|---|
| NAME (Type or print)<br>Matthew R. Wildermuth | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Matthew R. Wildermuth | |
| FIRM<br>Novak Law Offices | |
| STREET ADDRESS<br>33 N. LaSalle St., Suite 1900 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06202106 | TELEPHONE NUMBER<br>(312) 425-2500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |