## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Allstate Insurance Company

                                   Plaintiff,

v.                                                    Case No.: 1:08–cv–04173
                                                            Honorable Robert M. Dow Jr.

Transatlantic Reinsurance Company

                                   Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION of Stylianos Tellis for Leave to Appear Pro Hac Vice [13] Filing fee $ 50, receipt number 07520000000002995357 is granted.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.