UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as successor in interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY f/k/a NORTHBROOK INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSATLANTIC REINSURANCE COMPANY,<br><br>Defendant. | Case No.: 08 CV 4173<br><br>Judge: Robert Dow |

CERTIFICATE OF SERVICE

    I hereby certify that on August 13, 2008, I electronically filed the ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS of Defendant Transatlantic Reinsurance Company with Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Neal Novak
Novak Law Offices
33 N. LaSalle Street, Suite 1900
Chicago, IL 60602
novak@novakjuris.com

and I hereby certify that I have served the following by email transmission and by mailing a copy of the document by United States Postal Service the document to the following non-CM/ECF participant:

NONE

By:   /s/ Hope G. Nightingale
      Hope G. Nightingale (06184864)
      Attorney for Evanston Insurance Company
      LITCHFIELD CAVO LLP
      303 West Madison Street, Suite 300
      Chicago, Illinois 60606
      Phone: (312) 781-6614
      Fax:   (312) 781-6630
      email: nightingale@litchfieldcavo.com

OF COUNSEL:
Carey G. Child, Esq.
Stelio L. Tellis, Esq.
Chadbourne & Parke, LLP
1200 New Hampshire Avenue N.W.
Washington, D.C.  20036
202-974-5600